IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00523-WYD-BNB

SHANDA HOUSE, and
MIKE HOUSE, individually and as parents and next friends of ADAM HOUSE, a minor,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, and
MERCY MEDICAL CENTER OF DURANGO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order** (the "Motion"), filed on October 6, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 15, 2005**;
>
> The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 30, 2006**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 20, 2006**.

| | |
|---|---|
| Discovery Cut-off: | **April 3, 2006;** |
| Dispositive Motion Deadline: | **May 1, 2006.** |

IT IS FURTHER ORDERED that the Pretrial Conference set for June 5, 2006, is **vacated and reset to July 10, 2006, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 3, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED: October 14, 2005