IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00523-WYD-BNB

SHANDA HOUSE, and
MIKE HOUSE, individually and as parents and next friends of ADAM HOUSE, a minor,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, and
MERCY MEDICAL CENTER OF DURANGO,

Defendants.
_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 6, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge