IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00523-WYD-BNB

SHANDA HOUSE and
MIKE HOUSE, individually and as parents and next friends of
ADAM HOUSE, a minor,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA and CATHOLIC HEALTH INITIATIVES
COLORADO d/b/a MERCY MEDICAL CENTER OF DURANGO,

      Defendants.

---

## ORDER OF DISMISSAL

---

      THIS MATTER is before the Court on the Stipulation for Dismissal filed June 5, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

      ORDERS that the Stipulation for Dismissal is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs as set forth in the parties' Stipulation for Compromise Settlement.  It is

      FURTHER ORDERED that the five (5) day jury trial set to commence May 7, 2007 at 9:00 a.m. and the Final Trial Preparation Conference set April 27, 2007 at 4:00 p.m. are **VACATED**.

      Dated:  June 9, 2006

                                    BY THE COURT:
                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge